IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LAMBDA LEGAL DEFENSE & EDUCATION FUND,**
120 Wall Street, Suite 1500
New York, NY 10005,

**Plaintiff,**

**v.**

**SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION**
1 Choke Cherry Road
Rockville, MD 20857,

**and,**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
200 Independence Avenue, S.W.
Washington, DC 20201

**Defendants.**

CASE NUMBER 1:07CV00458
JUDGE: John D. Bates
DECK TYPE: General Civil
DATE STAMP: 03/09/2007

# COMPLAINT

Lambda Legal Defense & Education Fund ("Lambda Legal") brings this Complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. 552 *et. seq.*; 45 C.F.R. Part 5, to compel the Substance Abuse and Mental Health Services Administration ("SAMHSA") and Department of Health and Human Services ("DHHS") to (1) produce agency records requested pursuant to FOIA that are being improperly withheld from Lambda Legal and (2) waive fees resulting from Lambda Legal's FOIA request pursuant to the public interest fee waiver, 5 U.S.C.

§ 552(a)(4)(A)(iii); 45 C.F.R. § 5.45, or the educational institution and public media fee waiver, 5 U.S.C. § 552(a)(4)(A)(ii)(II); 45 C.F.R. § 5.41.

In support of its Complaint, Lambda Legal, through its *counsel pro bono publico,* states the following:

## JURISDICTION

1. This Court has jurisdiction over both the defendants and this action pursuant to 5 U.S.C. §§ 552(a)(4)(B), 701 *et seq.*; 28 U.S.C. § 1331, and 45 C.F.R. § 5.35(a).

## VENUE

2. Venue is proper under 5 U.S.C. §§ 552(a)(4)(B), 703, and 28 U.S.C. § 1391.

## PARTIES

### Plaintiff Lambda Legal

3. Plaintiff Lambda Legal is a non-profit organization that provides information related to the civil rights of lesbian, gay, bisexual, and/or transgender ("LGBT") people and those with HIV to a wide cross-section of the public. Lambda Legal is also a legal advocacy organization dedicated to protecting and promoting the health, welfare, and civil rights of LGBT people and those with HIV. Lambda Legal maintains its headquarters in New York, New York.

4. As part of its mission, Lambda Legal regularly gathers information and disseminates important news through an Internet web site at www.lambdalegal.org, press releases, and publications that include fact sheets, background information sheets, booklets, "know-your-rights" tool kits, brochures, and email news bulletins.

5. Lambda Legal's printed publications reach individuals throughout the United States and internationally, its website receives approximately 76,000 visits per month, and there are 22,000 subscribers to Lambda Legal's email alerts.

**Defendant Government Agencies**

6. Defendant SAMHSA is an agency within the meaning of 5 U.S.C. § 552(f). SAMHSA is an "operating division" of DHHS. SAMHSA is in possession or control of the records requested by Lambda Legal.

7. Defendant DHHS is an agency within the meaning of 5 U.S.C. § 552(f). DHHS freedom of information officers, pursuant to 45 C.F.R. § 5.31(a)(2), make the determination of whether to release or deny records requested from SAMHSA. DHHS is in possession or control of the records requested by Lambda Legal.

**COUNT I – FOIA REQUEST**

8. Lambda Legal incorporates by reference all preceding allegations in this Complaint.

9. On July 24, 2006, Lambda Legal requested records from SAMHSA under FOIA that were related to the removal, on or around January 21, 2006, of the SAMHSA website or webpage(s) containing information related to mental health and substance abuse issues faced by LGBT people. *See* Ex. A, Lambda Legal's FOIA Request. The website or webpage(s) also contained links to medical resources and support groups. Ex. A at Ex. 1. The website or webpage(s) reportedly included categories of topics titled "Homophobia & Heterosexism," "Social Support & Violence Prevention," and "Youth and Suicide," among others. Ex. A at Ex. 1, Ex. 8. The website or webpage(s) contained LGBT-specific research and data similar to those maintained by SAMHSA for other specific, demographic groups, such as Native Americans, Hispanics, and others. Ex. A at Ex. 1.

10. SAMHSA removed the website or webpage(s) following a letter-writing and lobbying campaign organized by The Family Research Council ("FRC") that started on or around January 11, 2006. *See* Ex. A at Exs. 1-3. Indeed, a January 27, 2006 letter to HHS Secretary Mike Leavitt from FRC President Tony Perkins claims that the website was removed immediately after FRC's lobbying effort. *See* Ex. A at Ex. 1.

11. In support of its FOIA request, Lambda Legal submitted a specific list of records that it was seeking from SAMHSA and DHHS. *See* Ex. A at 3-4. Lambda Legal requested that the documents be produced as they became available rather than waiting to deliver all records at the end of SAMHSA's search. *Id.* at 4.

12. By letter dated July 31, 2006, SAMHSA acknowledged receipt of Lambda Legal's FOIA request, stating, "We have asked the appropriate action office(s) to send the requested records for us to review." *See* Ex. B. The SAMHSA letter also stated, "You may contact this office 20 working days from the date of this letter to find out the status of your request." *Id.*

13. On the twentieth working day after SAMHSA received Lambda Legal's FOIA request, *i.e.,* August 28, 2006, Lambda Legal, through counsel, telephoned SAMHSA and left a message inquiring about the status of Lambda Legal's request. *See* Ex. C. The next day, on August 29, 2006, another telephone message was left inquiring about the status of Lambda Legal's request. *Id.* Lambda Legal has received no response from SAMHSA.

14. On August 30, 2006, Lambda Legal's counsel wrote SAMHSA about the status of Lambda Legal's request. *See* Ex. C. Again, Lambda Legal has received no response from SAMHSA.

15. Lambda Legal has received no further communication or correspondence from SAMHSA since its letter dated July 31, 2006.

16. Despite having had the previous six months to do so, SAMHSA and DHHS have not identified any unusual or exceptional circumstances justifying their total silence and failure to respond to Lambda Legal's FOIA request.

17. SAMHSA and DHHS have failed to comply with the requisite time periods provided in 5 U.S.C. § 552(a)(6)(A) and 45 C.F.R. § 5.35, which govern compliance under FOIA with respect to the release of the records requested by Lambda Legal.

18. SAMHSA's and DHHS's failure to produce the documents amounts to unlawful withholding of agency records and unreasonable delay.

19. Lambda Legal has a legal right under FOIA to obtain the information it seeks, and SAMHSA and DHHS have no legal basis to withhold the requested documents.

20. Given SAMHSA's and DHHS's failure to comply with the time periods that govern compliance under FOIA, Lambda Legal "may proceed as if [DHHS] had denied [Lambda Legal's] request or [Lambda Legal's] appeal" pursuant to 45 C.F.R. § 5.35(a). This Complaint, therefore, is ripe for consideration by this Court.

**COUNT II – DETERMINATION OF PUBLIC INTEREST FEE WAIVER**

21. Lambda Legal incorporates by reference all preceding allegations in this Complaint.

22. SAMHSA and DHHS have not responded to Lambda Legal's request for a public interest fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 45 C.F.R. § 5.45.

23. Given SAMHSA's and DHHS's failure to comply with the statutory time periods that govern fee waiver requests, Lambda Legal has exhausted its administrative remedies with respect to its public interest fee waiver request.

24. Lambda Legal's public interest fee waiver request, *see* Ex. A at 5-6, amply demonstrated that disclosure of the requested documents would be in the public interest because

disclosure will help the public understand the degree to which SAMHSA is fulfilling, and intends to fulfill its mission in preventing substance abuse and promoting mental health for all citizens of the United States, including persons with a minority sexual orientation, such as LGBT persons, or those with HIV.

25. Significant public interest in the manner in which SAMHSA's website or webpage(s) were taken offline or shut down as a result of lobbying by FRC is demonstrated by the numerous news articles published on the topic. *See* Ex. A at 5 (detailing the published news articles).

26. The removal of the website has been the subject of a Congressional inquiry. In a March 9, 2006 letter, Congresswoman Tammy Baldwin (D-WI) and fifty-nine other Members of Congress sought an explanation from DHHS Secretary Leavitt "regarding the rationale behind DHHS's decision to take down the website." *See* Ex. A at Ex. 8 (news article with letter from Congress).

27. As set forth in Lambda Legal's public interest fee waiver request, Ex. A at 5-6, Lambda Legal's records request is not in the commercial interest of Lambda Legal or any of its members. Lambda Legal is a non-profit organization that provides information related to the civil rights of LGBT people and those with HIV to a wide cross-section of the public. Lambda Legal is also dedicated to protecting and promoting the health, welfare, and civil rights of LGBT people and those with HIV. The records obtained as a result of Lambda Legal's FOIA request will be used to educate the public on how government decisions related to these issues are made and finalized. Lambda Legal will not sell or otherwise profit from the information obtained as a result of this request.

**COUNT III – DETERMINATION OF EDUCATIONAL INSTITUTION & NEWS MEDIA FEE WAIVER**

28. Lambda Legal incorporates by reference all preceding allegations in this Complaint.

29. SAMHSA and DHHS have not responded to Lambda Legal's request for a fee waiver based on the educational institution and public media fee waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 45 C.F.R. § 5.41.

30. Given SAMHSA's and DHHS's failure to comply with the statutory time periods that govern fee waiver requests, Lambda Legal has exhausted its administrative remedies with respect to its educational institution and public media fee waiver request.

31. Lambda Legal's educational institution and public media fee waiver request, *see* Ex. A at 6-7, amply demonstrated that Lambda Legal is a qualified educational and news media entity.

32. Lambda Legal is a non-profit organization that seeks to educate and distribute news and information related to the health, welfare, and civil rights of LGBT people and those with HIV to a wide cross-section of the public. Lambda Legal also is a legal advocacy organization dedicated to protecting and promoting the health, welfare and civil rights of LGBT people and those with HIV.

33. As part of its mission, Lambda Legal regularly gathers information and disseminates important news through an Internet web site at www.lambdalegal.org, press releases, and publications that include fact sheets, background information sheets, booklets, "know-your-rights" tool kits, brochures, and email news bulletins.

34. Currently, Lambda Legal's printed publications reach people throughout the United States and internationally. Lambda Legal's website receives approximately 76,000 visits per month. The Internet is a highly accessible source of current information, and Lambda Legal's

web site provides significant opportunities for Lambda Legal to disseminate breaking news regarding the civil rights of LGBT people and those with HIV, including various FOIA-related information of interest to the general public. In addition, Lambda Legal has approximately 22,000 subscribers to its e-mail alerts. These alerts typically present current events that impact and relate to LGBT welfare and civil rights. The email alerts also present events and issues that require immediate attention. Finally, Lambda Legal produces brochures and fact sheets that are based on information obtained through FOIA and other sources. These materials are regularly disseminated to Lambda Legal's members, reporters for major news outlets, and the general public.

**PRAYER FOR RELIEF**

**WHEREFORE**, Lambda Legal Defense & Education Fund prays that this Court:

A) Orders SAMHSA and DHHS to disclose the records requested in Lambda Legal's FOIA request in their entireties and make copies promptly available;

B) Orders SAMHSA and DHHS to grant Lambda Legal the requested public interest fee waiver;

C) Orders SAMHSA and DHHS to grant Lambda Legal the requested educational institution and news media fee waiver;

D) Awards reasonable costs and attorney's fees as provided in 5 U.S.C. § 552(a)(4)(E) and 28 U.S.C. § 2412(d);

E) Expedites this action in every way pursuant to 28 U.S.C. § 1657(a); and,

F)     Grants such other relief as the Court may deem just and proper.


Respectfully submitted,

LAMBDA LEGAL DEFENSE & EDUCATION FUND

By Counsel:


Donald R. McMinn (D.D.C. Bar No. 462894)
Vivek K. Hatti (D.D.C. Bar No. 476002)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tel. 202-898-5800
Fax 202-682-1639
Dmcminn@spriggs.com
Vhatti@spriggs.com

*Counsel pro bono publico for*
*Lambda Legal Defense & Education Fund*

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Lambda Legal Defense & Education Fund

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)
New York City, NY

**DEFENDANTS**

SAMHSA, DHHS

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED Montgomery, MD

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Vivek K. Hatti (202) 898-5800
Spriggs & Hollingsworth
1350 I St., NW, Washington, DC 20005

ATTORNEYS (IF KNOWN)
Unknown

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**☐ A. *Antitrust***

- ☐ 410 Antitrust

**☐ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**☐ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☒ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☒ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 U.S.C., Section 552, Seeking an order to release withheld records

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO If yes, please complete related case form.

DATE 3/9/07 SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Vivek K. Hatti
202.898.5835
vhatti@spriggs.com

July 24, 2006

**By Certified Mail, Return Receipt Requested**

Jeanette Hite, Freedom of Information Officer
Substance Abuse and Mental Health Services Administration
U.S. Department of Health and Human Services
1 Choke Cherry Road, Room 8-1042
Rockville, MD 20857

Re: **Freedom of Information Act Request**

Dear Ms. Hite:

This letter constitutes a request for records on behalf of Lambda Legal Defense & Education Fund ("Lambda Legal") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and regulations promulgated thereunder by the Department of Health and Human Services ("DHHS"), 45 C.F.R. Part 5. Lambda Legal requests records related to the removal, on or around January 21, 2006, of the Substance Abuse and Mental Health Services Administration ("SAMHSA") website or webpage(s) containing health information related to lesbian, gay, bisexual, and/or transgender ("LGBT") people; reportedly the site included, among others, categories of topics titled "Homophobia & Heterosexism," "Social Support & Violence Prevention," and "Youth and Suicide." *See* Ex. 1. The Family Research Council ("FRC") claimed SAMHSA removed this website or the webpage(s) as a result of a letter-writing campaign organized by FRC that started on or around January 11, 2006. *See* Exs. 1-3.

## I. Definitions

As used throughout this request:

1. "AIDS" means acquired immunodeficiency syndrome;

2. "DHHS" means Department of Health and Human Services;

3. "Documents" and/or "record" means handwritten, typed, printed, recorded, electronic, magnetic, digital, or graphic material, including, without limitation, letters, e-mails, memoranda, correspondence,

recordings, pictures, tapes, audio or video recordings, computer runs, computer tapes, computer programs, records, manuals, discs, slides, diaries, calendars, journals, photographs, reports, telephone logs, notes, and all other forms of communication recorded in tangible form or which are capable of being produced in tangible form, including originals, drafts, and versions of the original, in your possession, custody or control, including those in the possession, custody, or control of any and all DHHS and SAMHSA personnel, administrators, attorneys, agents or contractors, whether or not prepared by DHHS and SAMHSA personnel, administrators, attorneys, agents or contractors;

4. "FOIA" means Freedom of Information Act, 5 U.S.C. § 552;

5. "FRC" means Family Research Council;

6. "LGBT" means lesbian, gay, bisexual, and transgender;

7. "LGBT-related health information" includes, but is not limited to, information aimed at educating and informing LGBT persons about alcohol abuse, drug abuse, tobacco-product (e.g., cigarettes, etc.) abuse, psychological problems (e.g., suicide, effects of discrimination, etc.), psychiatric problems, and sexual health or sexually transmitted diseases, including but not limited to HIV.

8. "GLSEN" means Gay, Lesbian and Straight Education Network;

9. "HIV" means human immunodeficiency virus;

10. "PFLAG" means Parents, Families, and Friends of Lesbians and Gays;

11. "PFOX" means Parents and Friends of Ex-Gays;

12. "SAMHSA" means Substance Abuse and Mental Health Services Administration;

13. "Website" means the SAMHSA website and/or webpages containing LGBT-related health information, which was reportedly organized into topics such as "Homophobia & Heterosexism," "Social Support & Violence Prevention," and "Youth and Suicide," among others.

II. **Records Requested**

Lambda Legal hereby requests the following records:

1. Any and all Documents concerning the decision by DHHS to remove, take offline, and/or alter the Website;

2. Any and all Documents concerning the decision by SAMHSA to remove, take offline, and/or alter the Website;

3. Any and all Documents received by DHHS and/or SAMHSA from individuals and organizations, including but not limited to FRC, PFOX, PFLAG, and/or GLSEN, related to the Website from the period January 1, 1999 to the present;

4. Any and all Documents received by DHHS and/or SAMHSA from any individual or organization, including but not limited to FRC, PFOX, PFLAG, and/or GLSEN, related to the creation of the Website;

5. Any and all Documents referring to, related to or concerning DHHS's and/or SAMHSA's response to the FRC letter-writing campaign that started on or around January 11, 2006 concerning the Website and/or its continued existence, *See* Exs. 1-3;

6. Any policies, procedures, guidelines, or manuals relevant to the period January 1, 2006 to May 31, 2006 referring to the removal, taking offline, editing, revising, and/or altering of DHHS and/or SAMHSA websites containing health-related information;

7. Any and all Documents related to investigations, inquiries, or disciplinary proceedings referring to the removal, taking offline, and/or altering of the Website, *See* Exs. 1, 3-5;

8. The letter dated January 27, 2006 from Tony Perkins, President, FRC to The Honorable Mike Leavitt, Secretary, DHHS, and all DHHS/SAMHSA Documents relating or referring thereto, dated both before and after January 27, 2006, including but not limited to Documents exchanged between DHHS/SAMHSA and FRC and PFOX, *See* Ex. 3;

9. Any and all Documents for the period January 1, 2006 to March 31, 2006 referring to any telephone calls between Rick Campanelli, an attorney at DHHS, and Tony Perkins, President, FRC, *See* Ex. 4;

10. The letter dated March 9, 2006 from Congresswoman Tammy Baldwin (D-WI) and fifty-nine other Members of Congress related to the removal, taking offline, and/or altering of the Website, and all Documents responding or relating thereto, *See* Ex. 8;

11. Any policies, procedures, guidelines, or manuals relevant to the period January 1, 2006 to May 31, 2006 related to providing interviews or communicating with the newsmedia by employees of DHHS/SAMHSA;

12. Any and all Documents referring to an interview and/or discussion by Mark Weber, a SAMHSA employee, with *The New Standard* related to the removal, taking offline, and/or altering of the Website, *See* Ex. 1;

13. Any and all Documents referring to an interview and/or discussion by Mark Weber, a SAMHSA employee, with *CQ Weekly* related to the removal, taking offline, and/or altering of the Website, *See* Exs. 5-7;

14. Any and all Documents related to the determination by DHHS and/or SAMHSA that the Website followed a gay-pride or LGBT-pride oriented theme, *See* Exs. 1, 5-7;

15. Any and all Documents related to the determination by DHHS and/or SAMHSA that the Website was inappropriate, inaccurate, or misleading, *See* Exs. 5-7;

16. Any and all Documents related to the determination by DHHS and/or SAMHSA that the Website did not fulfill the goals, objectives, and/or mission of DHHS and/or SAMHSA, *See* Exs. 5-7;

17. Any and all Documents, including but not limited to those by DHHS, SAMHSA, and Macro International, Inc., *see* Ex. 5, regarding the creation of the Website;

18. Any and all Documents relating to the editing, supplementing, revising, altering and updating of the Website since its creation to the time it was removed, taken offline, and/or altered on or around January 21, 2006.

Please provide copies of the requested records as they become available rather than waiting to deliver all records at the end of your search (within the time limits allotted by FOIA). Should you decide any of the requested material is not to be disclosed, please describe the material withheld and specify in detail the statutory, regulatory, and/or administrative basis for withholding it. All segregable, non-exempt parts of records should be provided.

III. **Request for Public Interest Fee Waiver**

Lambda Legal seeks a waiver of all fees connected with this request based on the public interest waiver pursuant to 5 U.S.C. § 552(a)(4)(A)(iii) and 45 C.F.R. § 5.45. The statute and regulations authorize a waiver of fees where disclosure of the information requested is (1) in the public interest and (2) is not primarily in the commercial interest of the requester.

First, disclosure of these records will help the public understand the degree to which SAMHSA has fulfilled, is fulfilling, and intends to fulfill its mission in preventing substance abuse and promoting mental health for all citizens of the United States, including persons with a minority sexual orientation, such as LGBT persons, when confronted with ideologically-based viewpoints. SAMHSA's role in this regard has been of public concern in the recent past. *See generally* Steve Woodward, "Axing 'Gay' From Event Title Sparks Uproar," *The Oregonian,* Feb. 16, 2005 (discussing SAMHSA's role in changing the name of a mental health panel from "Suicide Prevention Among Gay/Lesbian/Bisexual/Transgender Individuals" to "Suicide Prevention in Vulnerable Populations"); Rick Weiss, "Request to Obfuscate Title of Talk on Gays Stirs Ire," *The Washington Post,* Feb. 16, 2005 (same); "Request to Edit Title of Talk on Gays Stirs Ire," *San Jose Mercury News,* Feb. 16, 2005 (same); Rukmini Callimachi, "'Gay' Back in Title of Workshop on Suicide," *Seattle Times,* Feb. 26, 2005 (detailing reinstatement of panel's original title after SAMHSA received hundreds of email protests).

Moreover, the general public has already demonstrated significant interest in the manner in which SAMHSA's website was taken offline or shut down on or around January 21, 2006. *See* Shawn Zeller, "Colorful Messages: Government Contractor Takes A Few Liberties," *CQ Weekly,* Feb. 3, 2006; Michelle Chen, "Activists Clash Over Govt. Gay Health Webpage," *The NewStandard,* March 3, 2006; Andrew Keegan, "Feds Yank Gay Health Site," *The Washington Blade,* March 10, 2006; Andrew Keegan, "Feds Yank Gay Health Site," Southern Voice Online, March 10, 2006, http://www.sovo.com; "Language Patrol," *Gay & Lesbian Review,* May 1, 2005, v. 12, issue 3. Currently, the public understands very little about how SAMHSA makes decisions related to the dissemination of mental health and substance abuse information related to LGBT persons. This lack of understanding includes Members of Congress. *See* "Rep. Baldwin Rallies Colleagues in Department of Health and Human Services Protest," *US Federal News,* March 11, 2006. Indeed, in a March 9, 2006 letter from Congresswoman Tammy Baldwin (D-WI) and fifty-nine other Members of Congress, the Members sought an explanation from Secretary Leavitt "regarding the rationale behind DHHS's decision to take down the website." *See* "Rep. Baldwin Rallies Colleagues in Department of Health and Human Services Protest," *US Federal News,* March 11, 2006 (*see* Ex. 8 for letter).

Second, as noted in Section IV below, this records request is not in the commercial interest of Lambda Legal or any of its members. Lambda Legal is a non-

profit organization that provides information related to the civil rights of LGBT people and those with HIV to a wide cross-section of the public. Lambda Legal is also dedicated to protecting and promoting the welfare, including health-related matters, and civil rights of LGBT people and those with HIV. By submitting this FOIA request, Lambda Legal hopes to obtain information in order to educate the public on how government decisions related to LGBT welfare, including those aimed at LGBT health, are made and finalized. Lambda Legal will not sell or otherwise profit from the information obtained as a result of this request.

IV. **Request for Educational Institution & News Media Fee Waiver**

Lambda Legal Defense & Education Fund requests a waiver of search and review fees on the grounds that it is eligible for waiver of these fees as a qualified educational and news media entity pursuant to 5 U.S.C. § 552(a)(4)(A)(ii)(II) and 45 C.F.R. § 5.41.

Lambda Legal, a non-profit entity, seeks to educate and distribute news and information related to the welfare, including health-related matters, and civil rights of LGBT people and those with HIV to a wide cross-section of the public. Lambda Legal also is an advocacy organization dedicated to protecting and promoting the welfare and civil rights of LGBT people and those with HIV. As part of its mission, Lambda Legal regularly gathers information and disseminates important news through a network of media outlets, including an Internet web site at www.lambdalegal.org, fact sheets, background information sheets, publications, including an assortment of booklets, "know-your-rights" tool kits, brochures, and email news bulletins.

Currently, Lambda Legal's printed publications reach people throughout the United States and internationally. Lambda Legal's website receives approximately 76,000 visits per month. The Internet is a highly accessible source of current information, and Lambda Legal's web site provides significant opportunities for Lambda Legal to disseminate breaking news regarding the civil rights of LGBT people and those with HIV, including various FOIA-related information of interest to the general public.

In addition, Lambda Legal has approximately 22,000 subscribers to its e-mail alerts. These alerts typically present current events that impact and relate to LGBT welfare and civil rights. The email alerts also present events and issues that require immediate attention.

Finally, Lambda Legal produces brochures and fact sheets that are based on information obtained through FOIA and other sources. These materials are regularly disseminated to Lambda Legal's members and the general public.

Since 1973, Lambda Legal has been at the forefront of gathering and disseminating news related to LGBT welfare, including health-related matters, and civil

rights to the public as described above. At a minimum, these efforts qualify Lambda Legal as an educational and news media entity and entitle it to a waiver of the DHHS/SAMHSA search and review fees. *See* 45 C.F.R. § 5.41(b).

For the reasons set forth in Sections III and IV above, Lambda Legal's FOIA request, and the subsequent dissemination of information obtained as a result of this request, counsels in favor of granting a fee waiver. *See* 45 CFR §§ 5.41, 5.45(a)-(d). If for any reason this request for records cannot be met free of charge, I request that I be notified immediately of the reasons behind the denial and the cost that will be involved prior to any copying. Lambda Legal does not give up its right to appeal any denial.

* * *

Thank you for your prompt attention to this matter. Lambda Legal expects a response within twenty days to this request as required by 5 U.S.C. § 552(a)(6)(A)(i). If you have any questions, or require clarification of this request, please contact me at (202) 898-5835. Thank you for your prompt attention to this matter.

Sincerely,

Vivek K. Hatti

VKH/kq

cc: Hayley Gorenberg, Deputy Legal Director, Lambda Legal

| NewStandard Home | Non-Printer Version | More Environment and Health Articles | Browse Archive |
|---|---|---|---|

# Activists Clash over Govt. Gay Health Webpage

by Michelle Chen

**The March 5 TNS Weekend e-mail mistakenly linked to this item instead of the radio version of "Farmers Sue USDA Over Modified Alfalfa Crop," which can be found here.**

**Outraged by a right-wing group's protests against gay health advice on a government website, queer-rights activists say they are victims of an information blackout.**

**Mar. 3** – Last month, the leadership of the Family Research Council announced a political victory: They had mobilized members to write complaints to the Department of Health and Human Services over a webpage that promoted what they viewed as destructive behavior and "biased" viewpoints. Within two weeks, the material in question had silently vanished from the site.

But the public reaction was not so quiet.

A victory for the Family Research Council (FRC), which says non-heterosexual people pose a threat to Judeo-Christian family values, looked very different to advocates for the rights of lesbian, gay, bisexual and transgender (LGBT) communities. The content that had riled the FRC was health information about substance abuse posted to a federal government webpage dedicated to LGBT individuals.

Activists with the group Parents and Friends of Lesbians and Gays (PFLAG) say the real bias at play is not on the webpage, but in the FRC's drive to squelch it, and the Substance Abuse and Mental Health Services Administration's (SAMHSA) apparent willingness to comply.

Turning the rhetoric of the Christian Right back on itself, PFLAG Executive Director Jody Huckaby called the FRC "another radical extremist group, making demands on the government to do things according to their theocratic ways."

"By taking information off the website," Huckaby added, "it's not going to make our [LGBT] loved ones go away. And what a lot of these groups want to see happen is have us disappear."

Though the webpage maligned by the FRC has disappeared from its original site, the National Clearinghouse for Alcohol & Drug Information, archived materials obtained by PFLAG and reviewed by *The NewStandard* show its former contents.

Organized into topics such as "Homophobia & Heterosexism," "Social Support & Violence Prevention" and "Youth and Suicide," the page offered health information as well as links to medical resources and support groups on the web. The aim of the page, according to its mission statement, was to "increase knowledge, awareness and sensitivity to the unique issues facing the LGBT populations related to substance-abuse prevention and treatment."

The page also discussed risk factors contributing to suicide and sexually transmitted diseases among LGBT individuals, safer-sex practices, and the psychological impact of discrimination. One section provided parents with advice on how to cope with their teen's sexual identity. Under a rainbow flag emblem appeared the tagline: "Celebrating the Pride and Diversity Among and Within the Lesbian, Gay, Bisexual and Transgender Populations."

In a January statement to its members, the FRC expressed outrage that the site presented LGBT health information in a non-judgmental manner, "rather than warning that homosexual conduct is itself a significant health risk." The group denounced the Department of Health and Human Services (HHS), which runs SAMHSA, for including links to support groups like PFLAG "while ignoring groups with a different perspective, such as Parents and Friends of Ex-Gays," referring to an organization that seeks to "reform" LGBT people into heterosexuals.

The FRC urged members on January 11 to "let HHS know that you don't want this kind of propaganda being supported by your tax dollars," and provided the e-mail address of a SAMHSA official. About eleven days later, the page was gone.

Though the Department claims the decision to remove the site was part of a routine website maintenance process, a January 27 letter to HHS Secretary Mike Leavitt from FRC President Tony Perkins, published on the FRC website, boasts that the page was removed immediately after the group lobbied HHS both privately and through its e-mail campaign. Perkins thanked Leavitt and the HHS staff "for responding to the concerns raised by the Family Research Council and [its] constituents.

Suspecting that the FRC catalyzed the removal of the webpage, PFLAG denounced HHS's posture toward LGBT issues. "It greatly troubles us that the government would respond to this kind of group," Huckaby told *TNS*, "completely leaving out the important health information that gay, lesbian, bisexual and transgender people need."

PFLAG is not the only party claiming discrimination. The debate over the page's disappearance intensified when FRC members reported receiving antagonistic e-mails from an HHS-contracted employee in response to the conservative criticisms. The e-mails, published on the FRC website, are purportedly from an HHS employee but bear only the generic HHS address, "info@health.org."

The messages contain comments like: "Last time I checked this was the United States with a Constitution and amendments as well. Or am I mistaken? Just wondering." The mystery e-mailer told some FRC activists that their complaints would be exposed to the workplaces indicated by the domain names in their e-mail addresses.

Perkins' letter to Leavitt demanded "immediate disciplinary action for this unprofessional conduct." And on February 2, Perkins reported to members that again, HHS had responded swiftly to FRC's complaints, notifying the group that the employee had been terminated.

SAMHSA spokesperson Mark Weber confirmed to *TNS* that HHS took action against the contractor of the employee who had "attacked and threatened" the FRC members. As for the website itself, Weber said that the site had been removed primarily because "it was old and not being maintained," but also because the gay-pride-oriented theme was inappropriate for SAMHSA's clearinghouse.

Weber said that the deleted page "had very little to do with basic health information or about providing substance abuse or mental health services." But the archived version displays LGBT-specific data and research that parallels information on similar SAMHSA pages dedicated to Native Americans, Hispanics and other demographic groups.

In a February 6 *CQ Weekly* article, Weber was quoted as saying that while SAMHSA's site had hosted the webpage for over five years, it was only after the FRC's actions that the agency fully realized "it was an LGBT pride site, and that goes beyond the scope of what [SAMHSA's] mission is."

But activists within the LGBT community see questions of acceptance and identity as intertwined with health issues.

Seattle PFLAG activist Barbara Clark-Elliott said the government's handling of LGBT issues has offended her on several levels, as the mother of a bisexual 26-year old son and a 30-year former employee of HHS. She was "incensed" by the Department's move, she said, because as a public-information resource, the government has a duty to help people navigate a sea of potentially misleading or politically skewed media.

In Clark-Elliot's experience as a parent and advocate, she said, individuals and family members confused about LGBT issues often seek information on the Internet because "they can do it without telling anybody." But she recalled that when doing her own research, she has encountered conservative websites that urge family members to ostracize or "convert" their gay relatives. When faced with such circumstances, she said, families "need some place to say, 'Now, here's the real stuff. Here's the honest stuff.'"

Whatever the government's main motive was in purging the webpage, both sides read politics out of the move.

In a statement following the e-mail altercation with the HHS employee, Perkins commended the Department's disciplinary action but still expressed disappointment with what the FRC saw as the agency's promotion of "the unhealthy homosexual lifestyle." The entire incident, he wrote, revealed that "even under a friendly, pro-family administration, the bureaucracy can run amok."

But PFLAG takes the webpage controversy as disturbing evidence of the Christian Right's expanding reach within the federal bureaucracy, and the group is now leading its own campaign to counter the FRC's. In partnership with Representative Tammy Baldwin (D-Wisconsin), PFLAG has mobilized its national membership to demand that HHS fully explain its actions in the matter.

More broadly, PFLAG's campaign argues that systemic discrimination mars the Department's public outreach, leading to the further marginalization of the LGBT community. The group also decried the lack of LGBT-specific information on 4parents.gov, a website designed to help parents initiate open discussions with children about sexuality. In the site's extensive guidelines for starting sex-related conversations –which include exhortations like, "Your teen son or daughter needs to know why you do not want them to have sex now" – there is no mention of queer relationships.

If such information is completely absent from a sex-education website, Huckaby questioned:

Case 1:07-cv-00458-JDB Document 1-4 Filed 03/09/2007 Page 4 of 4

"What message does it send? 'My family's different, my family's not as important, my gay child is not relevant.' It sends very harmful messages for parents who are trying to deal with these issues."

When a gay, lesbian, bisexual or transgender person's quest for objective government health information leads only to a blank page, he warned, "it sends the message that you're not important, and quite frankly, maybe you shouldn't exist."

© 2006 *The NewStandard*. All rights reserved. The NewStandard is a non-profit publisher that encourages noncommercial reproduction of its content. Reprints must prominently attribute the author and The NewStandard, hyperlink to http://newstandardnews.net (online) or display newstandardnews.net (print), and carry this notice. For more information or commercial reprint rights, please see the TNS reprint policy.



FAMILY RESEARCH COUNCIL

Wednesday, April 26, 2006

Search

Home : Sub Article

About FRC
Blog
Press
Policy Areas
Legislation
Alerts
Publications
Subscriptions
Contribute
Events
Contact Elected Officials
Center for Human Life & Bioethics
Center for Marriage & Family Studies
RESOURCES FOR PASTORS
prayer team
FRC Radio.com
Washington Watch Weekly
Washington Watch Daily
MP3
ARCHIVED PROGRAMS
Marriage: One Man, One Woman.
protectmarriage.org

printer-friendly page
email this item

TONY PERKINS'
Washington Update

To: Friends of Family Research Council
From: Tony Perkins, President
January 11, 2006 - Wednesday
**Please forward this to your Friends and Family!**

**Liberals' Inflated View**

For generations liberals in Congress have been *inflating* the role of the courts. They've passed the buck to the courts on so many hot issues that they've forgotten how to argue their points. All their questions for Judge Sam Alito show their fear that the sky is falling, or will fall, if the courts return to their proper role of "saying what the law is." Liberals know that banning the Pledge because it says "under God," mandating abortion-on-demand, and overturning marriage are policies that would *never* have been approved by American voters. Who are these tired liberals afraid of? You. They fear the American people. Look at their near-hysteria over Judge Alito's ruling in the now-famous machine gun case. Alito did *not* say a state could not ban machine guns. Most do. He did *not* say Congress could not ban machine guns. All he said--and he explained this so reasonably--is that if Congress is going to rely on the interstate commerce clause in the Constitution, then it has to show that interstate commerce is actually involved. It is entertaining to watch the ever-so-patient "Professor" Alito explaining basic of constitutional law to some of his graying senatorial students who sit on the committee.

**Additional Resources**
**The FRC Blog**
**Order Your Copy Now**
**Judicial Activism and the Threat to the Constitution**

**Celebrating Gay Pride at HHS**

DEPARTMENT OF HEALTH & HUMAN SERVICES • USA

The U.S. Department of Health and Human Services (HHS) has sponsored a taxpayer-funded website that prominently features classic symbols of the pro-homosexual activist movement--an inverted triangle in rainbow colors with the word PRIDE above it. The website, dedicated to preventing alcohol and drug abuse, includes the admission that "lesbian, gay, bisexual and transgender people are more likely to smoke, drink, and use other drugs than...non-lgbt peers." Rather than warning that homosexual conduct is itself a significant health risk, the website blames society for the "high-risk choices" that homosexuals make, citing "homophobia," "heterosexism," and "stigma, alienation, and discrimination." The website also uses material from pro-homosexual activist groups such as the Gay, Lesbian and Straight Education Network (GLSEN) and Parents, Families, and Friends of Lesbians and Gays (PFLAG), while ignoring groups with a different perspective, such as Parents and Friends of Ex-Gays (PFOX). Let HHS know that you don't want this kind of propaganda being supported by your tax dollars. You can e-mail Nancy Kennedy of the Center for Substance Abuse Prevention at nkennedy@samhsa.gov

**Additional Resources**
**U.S. Government website "Celebrating the Pride and Diversity Among and Within the Lesbian, Gay, Bisexual, and Transgender Populations**

**Fighting Sex Traffickers**



President Bush yesterday signed the Trafficking Victims Protection Reauthorization Act of 2005. "[H]uman traffickers abuse the trust of children and expose them to the worst of life at a young age...Human traffickers operate with greed and without conscience, treating their victims as nothing more than goods and commodities for sale to the highest bidder." With the president, as he signed the measure, were Secretary of State Condoleezza Rice, Attorney General Alberto Gonzalez, and Sen. Sam Brownback (R-KS). Congressman Chris Smith (R-NJ) was a major player in passage of this vital legislation. The Members of Congress and the administration are to be congratulated for adoption of this important law. FRC was involved in this initiative from the beginning. Meanwhile, the Department of Defense has made paying for sex a crime under the Uniform Code of Military Justice (UCMJ). The Bush administration, by these measures, has helped make itself a strong advocate for oppressed and suffering people. This is "compassionate conservatism" at its best. More light should be focused on this record.

**Additional Resources**

**Bush Signs Anti-Human Trafficking Bill**

**Commands Across Japan Spread News of Solicitation Ban**

WU06A1

**More Washington Updates**

2005 State Model Legislation

Order: The Bible, The Church, and Homosexuality download booklet (.pdf)

Judicial Activism and the Threat to the Constitution download pamphlet (.pdf)

Family Policy Review - Family Tax Equity

Website © 2006 Family Research Council • Privacy Policy
Address: 801 G Street, NW, Washington, D.C. 20001

FAMILY RESEARCH COUNCIL
*Defending Faith, Family, and Freedom*

April 26, 2006

**FRC President Tony Perkins's Letter to HHS Secretary Mike Leavitt - January 27, 2006**

January 27, 2006

return to full navigation

The Honorable Mike Leavitt, Secretary
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, DC 20201

Dear Secretary Leavitt:

I am writing to express my thanks to you and to staff at the Department of Health and Human Services for responding to the concerns raised by the Family Research Council and our constituents regarding the content of a website sponsored by your Department's Substance Abuse and Mental Health Services Administration.

The website in question was titled "Celebrating the Pride and Diversity Among and Within the Lesbian, Gay, Bisexual, and Transgender Populations." I understand the need for special material addressing the substance abuse problems of these populations, given that even homosexual advocacy groups acknowledge the rates of such abuse are higher within these groups than in the general population at large. However, this website was loaded with biased, politically-charged language, such as condemnations of so-called "homophobia," "heterosexism," and "sexual prejudice."

After privately sharing our concerns with the administration, we publicized the egregious nature of this website in our Washington Update e-mail on January 11. Subsequently, a number of our constituents contacted your Department to express their concern, and I have recently learned that the website was taken offline for revisions on or about January 21.

However, the experience of our constituents in communicating their concerns to your Department has raised additional issues. Several of them received insulting e-mails in response to their complaints. These included language disparaging faith-based programs supported by your Department, and even threatening our constituents with disclosure to their employers (discerned based on their e-mail addresses) of the content of their correspondence. Ironically, these messages were themselves unsigned, and came from a generic info@health.org e-mail address. I have attached copies of some of these messages.

I urge you to investigate the source of these e-mails. If they were sent by a government employee, I ask that you begin immediate disciplinary action for this unprofessional conduct. If responding to such inquiries has been delegated to an outside contractor, I urge you to take steps to insure greater oversight of such activities. American citizens should not be berated and threatened by their own government for exercising their constitutional right to petition that government for a redress of grievances.

Thank you in advance for your prompt response.

Sincerely yours,

Tony Perkins
President
Family Research Council

**Additional Resources**
**Email Correspondence - FRC Constituents and Sender/s from info@heal th.org**

LH06A15

FAMILY RESEARCH COUNCIL
801 G STREET NW
WASHINGTON DC 20001
WWW.FRC.ORG



TONY PERKINS'

# Washington Update

February 2, 2006

FAMILY RESEARCH COUNCIL

*Defending Faith, Family, and Freedom*

**Thankful for the Prayers**

Yesterday evening Connie Mackey and I had the opportunity to join other pro-family leaders at the White House for the ceremonial swearing-in of Justice Samuel A. Alito, Jr. After brief remarks by President Bush, Justice Alito was sworn in by Chief Justice John G. Roberts. Justice Alito thanked his wife, Martha-Ann, and his children who were with him. Additionally he thanked many of the people who were involved in his confirmation, but he then thanked the many people who sent him notes of encouragement and those who prayed for him and his family. He said those prayers helped sustain them through the three month confirmation process. I spoke to him afterward and assured him the prayers would not stop. So please keep praying!

Samuel Alito and Tony Perkins

Additional Resources

**Judicial Activism and the Threat to the Constitution**

**RU-486 Press Conference**

FRC participated in a Capitol Hill press conference yesterday to drum up support for Holly's Law. Congressman Roscoe Bartlett (R-MD) is sponsoring the bill to require the FDA to examine the circumstances of Holly Patterson's death following her use of RU-486. Dr. Pia de Solenni, who speaks on women's issues and life concerns for FRC, addressed the need for legislation to investigate deaths and severe adverse reactions to the abortion pill. The FDA was prodded by the Clintons to fast track the approval of RU-486 in 2000.

Today on the Hill, House Republicans will elect a new majority leader to replace Rep. Tom DeLay (TX). Whoever wins--Rep. Roy Blunt (R-MO), Rep. John Boehner (R-OH), or Rep. John Shadegg (R-AZ)--will face strong pressures not to deal with social issues. But FRC will be on the Hill pressing the case for Holly's Law, for a ban on cloning humans, fetal pain legislation, and, most importantly, the Marriage Protection Amendment. If the House spends the next year working only on lobbying reform, it will lose a great opportunity to press the pro-family agenda. And it will also lose the enthusiastic backing of many of the Values Voters who helped to expand the conservative majority in 2004.

Additional Resources

**Mifepristone (RU-486): Fatal Infections Linked to Abortion Drug's Suppression of Immune System**

**HHS Responds**

We've reported to you on the homosexual website at the Department of Health and Human Services (HHS). When some of you wrote to HHS to criticize this misuse of taxpayer dollars, you received anonymous, abusive, and even threatening responses. I protested this vigorously in a letter to HHS Secretary Mike Leavitt. Recently, I received a call from Rick Campanelli, legal counsel to Leavitt. He acknowledged that the website had been taken down and that the unidentified contractor employee responsible for the abusive replies



had been fired. That's fine--as far as that goes. But Mr. Campanelli did not explain how HHS became involved in promoting the unhealthy homosexual lifestyle in the first place. We had pointed out the medical inaccuracies that were promoted by the website. Nor did Mr. Campanelli explain to me how HHS could allow a contractor to speak for the largest federal department on such a vital matter. To be fair, many of the replies received to your expressions of concern were civil and respectful--if noncommittal.

What this episode shows us is that even under a friendly, pro-family administration, the bureaucracy can run amok. As a former elected official, I understand the importance of public servants truly serving the public in both word and deed. I share the outrage of those who received the abusive responses from HHS. I can assure you, FRC will not turn a blind eye to the abuse of tax dollars or tax payers.

Additional Resources
**Getting It Straight**

FAMILY RESEARCH COUNCIL SINCE 1983

FAMILY RESEARCH COUNCIL
801 G STREET NW WASHINGTON DC 20001 WWW.FRC.ORG

2/3/06 CQ Wkly. (Pg. Unavail. Online)
2006 WLNR 2381683

CQ Weekly
Copyright 2006 Congressional Quarterly

February 3, 2006

CQ WEEKLY

Colorful Messages: Government Contractor Takes a Few Liberties

By Shawn Zeller, CQ Staff

A government Web site dispensing mental health advice has succumbed to the distemper of the culture wars -- thanks to the as-yet unidentified contract worker charged with processing its online correspondence.

The trouble started when the Family Research Council, the prominent conservative Christian advocacy group, launched a campaign against the **Substance Abuse** and **Mental Health Services Administration** (**SAMHSA**). The agency, a division of the **Department** of **Health** and Human **Services**, had posted a Web site for **substance abusers** that took a pointedly sympathetic tone toward the difficulties of **gay**, **lesbian**, **bisexual** and **transgendered** drug **abusers**.

For FRC head Tony Perkins, the Web page was an overt provocation, dismissing the biblical condemnation of homosexuality in favor of **gay** pride rhetoric. The page featured an inverted rainbow-colored triangle with the word "Pride" above it. It went on to explain that "**lesbian**, **gay**, **bisexual** and **transgender** people are more likely to smoke, drink and use other drugs than . . . non-**lgbt** peers," and it characterized **gay** people as "an oppressed and often invisible **population**." It advised that "counselors and **service providers** need to be sensitive to the issues faced by the **LGBT population**, and treatment facilities need to accept them without discrimination, without denying their sexuality and without attempts to 'cure' their sexual preference."

On Jan. 11, Perkins dispatched an e-mail to supporters of the Family Research Council urging them to "let HHS know that you don't want this kind of propaganda being supported by your tax dollars." Many promptly complied, clicking on a general e-mail address listed on the SAMHSA Web site -- info@health.org -- to voice their complaints.

One person who did as requested complained that he had been "unaware that the government has undertaking (sic) the promotion of homosexual issues, but the content of this Web site leaves no question." Then he asked who authorized the Web page.

He got a bracing reply. "It would be the same person that allows religious factions equal -- if not more -- space," came the rejoinder from the person at the other end of the e-mail address. "Perhaps all of the faith based material should be **removed** as well," the mystery correspondent suggested, going on to supply a link to documents on the **SAMHSA** Web site promoting faith-based approaches to fighting drug **abuse**.

But that wasn't all: The angry contractor threatened the conservative activist,

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

saying he wondered "how the management at [your company] would feel about you using their computers, domain name and e-mail accounts to communicate your perceptions of what needs change on a Web site intended for the entire public. You can be sure I will be forwarding your e-mail to the officers" of the company. Several other FRC activists received e-mails from the same address sounding variations on these belligerent themes.

Mark Weber, associate **administrator** of communications at **SAMHSA**, describes the agency as sorry. "We want to apologize to anyone who received one of those e-mails," he says. "We regret it happened. It was outrageous."

Weber says that the Web site was put up nearly six years ago by Macro International Inc., a private contractor in Calverton, Md. It hasn't been updated since, and Weber wasn't even aware it existed. "It was not appropriate within the context of our mission. It was an **LGBT** pride site, and that goes beyond the scope of what our mission is." Weber says the offending e-mailer has been fired; he does not know the person's name, and Macro International declined to comment.

Late last month, **SAMHSA** disabled the Web page and Richard Campanelli, a senior counselor to HHS Secretary Michael O. Leavitt, called Perkins to apologize. But he and his fellow activists are hardly placated.

"I was infuriated," Perkins says. Government "always has to deal with constituents," he adds. "And it should treat them like a customer: They are always right." This episode "goes beyond bad constituent service. It fuels the notion that we have a government out of control."

Source: CQ Weekly
The definitive source for news about Congress.
©2006 Congressional Quarterly Inc. All Rights Reserved.

---- INDEX REFERENCES ----

COMPANY: CONGRESSIONAL QUARTERLY INC; MACRO INTERNATIONAL INC

NEWS SUBJECT: (Social Issues (1SO05); **Gay** & **Lesbian** Issues (1GA65); Government (1GO80))

INDUSTRY: (Online Government (1ON34); I.T. in Healthcare (1IT09); I.T. (1IT96); Online **Services** (1ON37); Healthcare (1HE06); I.T. in Government (1IT22); I.T. Vertical Markets (1IT38); Internet (1IN27); E-Commerce (1EC30))

Language: EN

OTHER INDEXING: (CONGRESSIONAL QUARTERLY INC; **DEPARTMENT** OF **HEALTH**; FAMILY RESEARCH COUNCIL; FRC; HHS; HUMAN **SERVICES**; **LGBT**; MACRO INTL; MACRO INTERNATIONAL INC; **SAMHSA**; **SAMHSA** WEB; **SUBSTANCE ABUSE** AND **MENTAL HEALTH SERVICES ADMINISTRATION**; WEB) (CQ WEEKLY; Mark Weber; Michael O. Leavitt; Perkins; Richard Campanelli; Tony Perkins; Weber)

Word Count: 838
2/3/06 CQWEEK (No Page)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/3/06 CQWEEK (No Page) Page 3

END OF DOCUMENT

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

ACTION! ALERT | www.sovo.com

# Feds yank gay health site

**Agency says info 'beyond scope' after conservative criticism**

By ANDREW KEEGAN
Mar. 10, 2006

LESS THAN TWO weeks after a conservative Christian organization complained to a top government official about a federal website that contained health resources for gay men and lesbians, the information disappeared.

But the government maintains it was simply a coincidence as the web pages were already in the process of being removed as part of an agency overhaul.

The Family Research Council sent a letter Jan. 11 to Michael Leavitt, secretary of Health & Human Services, complaining that pages on the agency's Substance Abuse & Mental Services Administration website contained "biased, politically-charged language such as condemnations of so-called 'homophobia' and 'sexual prejudice.'"

The website, www.samsha.gov, was taken offline Jan. 21, and the information pertaining to gays removed. The information had been online for six years.

Family Research Council officials did not respond to requests for comment, but the group sent a letter to Leavitt thanking him for "responding to our concerns."

In the letter, FRC president Tony Perkins said while the website information was inappropriate, "I do understand the need for special material addressing the substance abuse problems of these populations, given that even homosexual advocacy groups acknowledge the rates of such abuse are higher within these groups than in the general population at large."

One organization that had been listed as a resource for gays on the website blasted DHHS for deleting the material.

"We've been given three different answers on why the resources were removed," said Jean-Marie Navetta, media manager for Parents, Families & Friends of Lesbians & Gays. "And since they all came from the same agency, it doesn't add up."

"The whole purpose of the DHHS is to provide information and resources for health issues, and that information needs to be community appropriate," Navetta said. "Just like women's health has an eye on different issues than men's health."

THE GAY-RELATED web pages should have been removed two years ago, said Mark Weber, SAMHSA associate administrator.

"We began a process to clear up old web pages and in looking at this LGTB pride site, it fell beyond our scope," Weber said. "It even had a pop-up quiz to measure homophobia-—totally unacceptable."

The timing of the deletion and the FRC letter were not related, he said.

But last month Weber told Congressional Quarterly that it was only after being contacted by the FRC that the agency realized the website was an "LGBT pride site."

U.S. Rep. Tammy Baldwin (D-Wisc.), the first and only open lesbian elected to Congress, is leading a House inquiry into the removal of gay-oriented health information from the SAMHSA website, according to her office.

"It is outrageous that an organization with a long track record of attacks on the LGBT community can successfully pressure a government agency to stop providing preventative health care information to LGBT Americans," Baldwin said in a prepared statement.

Baldwin is also circulating a letter among her colleagues condemning the actions of the government agency. The exact number of congressional members who have signed the letter was not available at press time, according to Jerilyn Goodman, Baldwin's press secretary.

The letter seeks an explanation regarding the HHS decision to take down the website and asks the agency to restore the site as soon as possible, Goodman said. It also warns against any revisions to the content that would distort gay citizens and their health needs, such as equating "homosexual conduct" with "significant health risk," she said.

---

© 2006 The Southern Voice | A Window Media Publication

ACTION! ALERT | washingtonblade.com

# Feds yank gay health site

**Agency says info 'beyond scope' after conservative criticism**

By ANDREW KEEGAN

Mar. 10, 2006

LESS THAN TWO weeks after a conservative Christian organization complained to a top government official about a federal website that contained health resources for gay men and lesbians, the information disappeared.

But the government maintains it was simply a coincidence as the web pages were already in the process of being removed as part of an agency overhaul.

The Family Research Council sent a letter Jan. 11 to Michael Leavitt, secretary of Health & Human Services, complaining that pages on the agency's Substance Abuse & Mental Services Administration website contained "biased, politically-charged language such as condemnations of so-called 'homophobia' and 'sexual prejudice.'"

The website, www.samsha.gov, was taken offline Jan. 21, and the information pertaining to gays removed. The information had been online for six years.

Family Research Council officials did not respond to requests for comment, but the group sent a letter to Leavitt thanking him for "responding to our concerns."

In the letter, FRC president Tony Perkins said while the website information was inappropriate, "I do understand the need for special material addressing the substance abuse problems of these populations, given that even homosexual advocacy groups acknowledge the rates of such abuse are higher within these groups than in the general population at large."

One organization that had been listed as a resource for gays on the website blasted DHHS for deleting the material.

"We've been given three different answers on why the resources were removed," said Jean-Marie Navetta, media manager for Parents, Families & Friends of Lesbians & Gays. "And since they all came from the same agency, it doesn't add up."

"The whole purpose of the DHHS is to provide information and resources for health issues, and that information needs to be community appropriate," Navetta said. "Just like women's health has an eye on different issues than men's health."

THE GAY-RELATED web pages should have been removed two years ago, said Mark Weber, SAMHSA associate administrator.

"We began a process to clear up old web pages and in looking at this LGTB pride site, it fell beyond our scope," Weber said. "It even had a pop-up quiz to measure homophobia—totally unacceptable."

The timing of the deletion and the FRC letter were not related, he said.

But last month Weber told Congressional Quarterly that it was only after being contacted by the FRC that the agency realized the website was an "LGBT pride site."

U.S. Rep. Tammy Baldwin (D-Wisc.), the first and only open lesbian elected to Congress, is leading a House inquiry into the removal of gay-oriented health information from the SAMHSA website, according to her office.

"It is outrageous that an organization with a long track record of attacks on the LGBT community can successfully pressure a government agency to stop providing preventative health care information to LGBT Americans," Baldwin said in a prepared statement.

Baldwin is also circulating a letter among her colleagues condemning the actions of the government agency. The exact number of congressional members who have signed the letter was not available at press time, according to Jerilyn Goodman, Baldwin's press secretary.

The letter seeks an explanation regarding the HHS decision to take down the website and asks the agency to restore the site as soon as possible, Goodman said. It also warns against any revisions to the content that would distort gay citizens and their health needs, such as equating "homosexual conduct" with "significant health risk," she said.

**Blade The Vampire Hunter**
News about the Blade Spike TV show. Blade comic book news, Blade forum!

**"Shout At The Devil"**
w/ Lee Marvin & Roger Moore DVD, VHS, U.S., U.K. You found it!

**Cloth Wipes From DAWG®**
Disposable Cloth Wipes Clean Away All The Mess & Grime - Low Prices

**Blade Ringtones**
Available Now And For Free. S Your Cell Phone Now!

Ads by Goooooogle Advert

© 2006 The Washington Blade | A Window Media Publication

3/11/06 US Fed. News (Pg. Unavail. Online)
2006 WLNR 4513576

US Federal News
Copyright 2006 US Fed News (HT Syndication)

**March 11, 2006**

REP. BALDWIN RALLIES COLLEAGUES IN DEPARTMENT OF HEALTH AND HUMAN SERVICES PROTEST

WASHINGTON, March 11 -- Rep. Tammy Baldwin, D-Wis. (2nd CD), issued the following press release:

Rep. Tammy Baldwin is leading a Congressional inquiry into actions of the Department of Health and Human Services (DHHS) to remove LGBT-oriented health information from the Department's Substance Abuse and Mental Health Services Administration (SAMHSA) website. The information was removed after it was attacked by the right-wing Family Research Council (FRC).

"It is outrageous that an organization with a long track record of attacks on the LGBT community can successfully pressure a government agency to stop providing preventative health care information to LGBT Americans," said Baldwin.

After sending a personal letter in late February to DHHS Secretary Michael Leavitt protesting the removal of information from the SAMHSA website, Baldwin enlisted other Members of Congress to join her in calling for an explanation and reversal of the Department's decision.

For years, SAMHSA had content on its website that provided basic, yet critical, educational information for lesbian and gay Americans on topics such as substance abuse, youth suicide, ethnic and cultural diversity, social support, violence prevention, and homophobia. In January 2006, after the Family Research Council (FRC) launched an attack on the website and that content, SAMHSA completely removed the information without explanation.

In their joint letter to Secretary Leavitt, Baldwin and her colleagues said, "We seek your explanation regarding the rationale behind DHHS's decision to take down the website. Furthermore, in asking you to restore the website as soon as possible, we must warn against any revisions to the web content that would distort the LGBT community and its preventive health needs, such as equating "homosexual conduct" with "significant health risk." We hope your Department will take a consistent and fair-minded approach in recognizing and assisting with the unique health risks to LGBT individuals."

A full text of the letter and a list of signatories follows:

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

March 9, 2006

The Honorable Michael O. Leavitt

Secretary

U.S. Department of **Health** and **Human Services**

200 Independence Avenue, SW

Washington, DC 20201

Dear Secretary Leavitt:

We write to seek an explanation of the decision by the Department of **Health** and **Human Services** (DHHS) to remove a **website**, hosted by the Department's Substance Abuse and Mental Health Services Administration (SAMHSA), that provided basic preventative health information to the **lesbian**, **gay**, **bisexual**, and **transgender** (LGBT) population. We are deeply concerned not only about the loss of an important public health information resource but also by indications that the Department may have taken down the website in response to a campaign by conservative fringe groups attacking the website's existence. We ask for the restoration of the website as soon as possible.

The website (), hosted by SAMHSA's National Clearinghouse for Alcohol & Drug Information (NCADI), provided simple but important educational information on health risks to LGBT individuals. The website stated the goals of the LGBT web area as to "increase knowledge, awareness, and sensitivity to the unique issues facing the LGBT populations related to substance abuse prevention and treatment," to "provide a resource area about substance abuse issues for LGBT populations," as well as to "motivate service providers, and other individuals and groups, to learn more about LGBT population," among others. The web area contained specific web pages addressing topics such as substance abuse, youth suicide, ethnic and cultural diversity within the LGBT community, social support and violence prevention, and homophobia. For years, the website has provided important information and resources to educators, health professionals, and especially LGBT individuals seeking to better understand how high-risk health and substance use practices impact them and their communities.

In its "Washington Update" () dated January 11, 2006, the Family Research Council (FRC) urged its members to contact SAMHSA in protest of the website. It stated that "rather than warning that homosexual conduct is itself a significant health risk, the website blames society for the "high-risk choices" that homosexuals make."

On January 27, 2006, the president of FRC, Tony Perkins, sent a letter to Secretary Leavitt expressing his gratitude that the website had been removed "on or about January 21," merely eleven days after the FRC launched their attack on the existence of the website. These facts give the impression that, in order to appease

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

a small group of extreme anti-gay forces, DHHS was willing to suppress a vast amount of simple, medically accurate preventative health information that these anti-gay elements find offensive simply because it addresses the needs of the LGBT population. We find this to be unacceptable and outrageous if true.

SAMHSA's stated mission is to "build resilience and facilitate recovery for people with or at risk for substance abuse and mental illness." Its vision is "a life in the community for everyone." (Emphasis added). As the agency's LGBT website originally and accurately pointed out, societal factors such as "stigma, alienation, and discrimination" influence the behavior of LGBT individuals in undertaking high-risk behavior, such as drug and alcohol abuse and suicide. A decision by DHHS to accede to FRC's demands at the expense of shutting LGBT individuals out of the most basic health information and services would be in stark contrast to SAMHSA's service goals.

We seek your explanation regarding the rationale behind DHHS's decision to take down the website. Furthermore, in asking you to restore the website as soon as possible, we must warn against any revisions to the web content that would distort the LGBT community and its preventive health needs, such as equating "homosexual conduct" with "significant health risk." We hope your Department will take a consistent and fair-minded approach in recognizing and assisting with the unique health risks to LGBT individuals. We look forward to your expeditious response.

Sincerely,

Tammy Baldwin (D-WI) Sam Farr (D-CA)

Gary Ackerman (D-NY) Brad Sherman (D-CA)

Carolyn McCarthy (D-NY) Rahm Emanuel (D-IL)

Barney Frank (D-MA) Jim McDermott (D-WA)

Diane E. Watson (D-CA) Gwen Moore (D-WI)

Peter Visclosky (D-IN) Kendrick Meek (D-FL)

Robert Wexler (D-FL) Raul Grijalva (D-AZ)

Steve Rothman (D-NJ) Anthony Weiner (D-NY)

Pete Stark (D-CA) Neil Abercrombie (D-HI)

Doris Matsui (D-CA) Tim Bishop (D-NY)

Joseph Crowley (D-NY) Diana DeGette (D-CO)

John Dingell (D-MI) Steve Israel (D-NY)

Adam Schiff (D-CA) Michael Capuano (D-MA)

Nita Lowey (D-NY) Henry Waxman (D-CA)

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Jay Inslee (D-CWA) Grace Napolitano (D-CA)

Carolyn B. Maloney (D-NY) George Miller (D-CA)

Frank Pallone (D-NJ) Lois Capps (D-CA)

Sherrod Brown (D-OH) Michael R. McNulty (D-NY)

James P. McGovern (D-MA) Michael Honda (D-CA)

Jerrold Nadler (D-NY) Howard Berman (D-CA)

Linda Sanchez (D-CA) Barbara Lee (D-CA)

Alcee Hastings (D-FL) Edolphus Towns (D-NY)

Zoe Lofgren (D-CA) Hilda Solis (D-CA)

Nancy Pelosi (D-CA) Anna Eshoo (D-CA)

Jan Schakowsky (D-IL) Dennis Kucinich (D-OH)

Tom Lantos (D-CA) John Conyers (D-MI)

Betty McCollum (D-MN) Eliot Engel (D-NY)

Bobby Rush (D-IL) Maurice Hinchey (D-NY)

Michael Michaud (D-ME) Rosa DeLauro (D-CT)

Louise Slaughter (D-NY) Earl Blumenauer (D-OR)

HTS afaf 060318-364824 AANSARI

---- INDEX REFERENCES ----

NEWS SUBJECT:  (Social Issues (1SO05); Health & Family (1HE30); Government (1GO80);
Health & Safety (1HE24); Gay & Lesbian Issues (1GA65))

INDUSTRY:  (I.T. (1IT96); Psychology (1PS96); Regional Web Presences (1RE47);
Psychiatric Services (1PS61); Healthcare Services (1HE13); Information Management
(1IN35); Internet (1IN27); Healthcare (1HE06); Online Services (1ON37); Online
Content Providers (1ON63); Knowledge Management (1KN91); Healthcare Practice
Specialties (1HE49); E-Commerce (1EC30))

REGION:  (Americas (1AM92); North America (1NO39); District of Columbia (1DI60);
USA (1US73))

Language:  EN

OTHER INDEXING:  (ANNA ESHOO; BARBARA LEE; CWA; DENNIS KUCINICH; DEPARTMENT;
DEPARTMENTS; DEPARTMENTS SUBSTANCE ABUSE; DEPARTMENT OF HEALTH; DHHS; DIANA
DEGETTE; EARL BLUMENAUER; EDOLPHUS TOWNS; FAMILY RESEARCH COUNCIL; FRC; GRACE
NAPOLITANO; GWEN MOORE; HENRY WAXMAN; HILDA SOLIS; HTS; HUMAN SERVICES; LGBT; LOIS
CAPPS; MAURICE HINCHEY; MENTAL HEALTH SERVICES ADMINISTRATION; NATIONAL
CLEARINGHOUSE FOR ALCOHOL DRUG INFORMATION; NCADI; NEIL ABERCROMBIE; RAUL GRIJALVA;
SAMHSA; SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES; US DEPARTMENT OF HEALTH)  (Adam

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Schiff; Alcee Hastings; Anthony Weiner; Baldwin; BALDWIN RALLIES COLLEAGUES; Barney
Frank; Betty McCollum; Bobby Rush; Carolyn B. Maloney; Carolyn McCarthy; Dear
Secretary; Diane E. Watson; Doris Matsui; Emphasis; Frank Pallone; Gary Ackerman;
George Miller; Howard Berman; James P. McGovern; Jan Schakowsky; Jay Inslee;
Jerrold Nadler; John Conyers; John Dingell; Joseph Crowley; Leavitt; Linda Sanchez;
Louise Slaughter; Michael Capuano; Michael Honda; Michael Leavitt; Michael Michaud;
Michael O. Leavitt; Michael R. McNulty; Nancy Pelosi; Nita Lowey; Pete Stark; Peter
Visclosky; REP; Robert Wexler; Secretary Leavitt; Sherrod Brown; Steve Rothman;
Tammy Baldwin; Tim Bishop; Tom Lantos; Tony Perkins; Zoe Lofgren)

Word Count: 1490
3/11/06 USFEDNEWS (No Page)

END OF DOCUMENT

©  2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.



DEPARTMENT OF HEALTH & HUMAN SERVICES Substance Abuse and Mental Health Services Administration

Rockville, MD 20857

July 31, 2006

**Case # 06-108**

Vivek K. Hatti
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

Dear Vivek K. Hatti:

This acknowledges your Freedom of Information Act request received in this office on 7/31/200 We have asked the appropriate action office(s) to send the requested records to us for review.

Pursuant to Departmental Regulations, 45 CFR Part 5, Subpart D, charges will be made if applicable.

You may contact this office 20 working days from the date of this letter to find out the status of your request. When making an inquiry, please refer to case number SAMHSA-06-108.

Sincerely,

Harriet Polster

Jeanette S. Hite for
Freedom of Information Office
Room 8-1042
1 Choke Cherry Road
Rockville, Maryland 20857
(240) 276-2130

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Vivek K. Hatti
202.898.5835
vhatti@spriggs.com

August 30, 2006

**BY FIRST-CLASS U.S. MAIL**

Jeanette Hite, Freedom of Information Officer
Substance Abuse and Mental Health Services Administration
U.S. Department of Health and Human Services
1 Choke Cherry Road, Room 8-1042
Rockville, MD 20857

Re: **FOIA Case No. SAMHSA-06-108**

Dear Ms. Hite:

In your letter of July 31, 2006, your office acknowledged receipt of Lambda Legal's July 24, 2006 FOIA request. In accordance with 5 U.S.C. § 552(a)(6)(A)(i), you stated that you would provide me with the status of Lambda Legal's FOIA request within 20 working days of your letter, which was Monday, August 28, 2006. I made telephone inquiries upon your office on August 28 and August 29 about the status of the request.

Please let me know the status of Lambda Legal's request. I can be reached at 202-898-5835.

Sincerely,

Vivek K. Hatti

VKH/kq

cc: Hayley Gorenberg, Deputy Legal Director, Lambda Legal