AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lambda Legal Defense &
Education Fund

**SUMMONS IN A CIVIL CASE**

V.

Substance Abuse and Mental
Health Service Administration, et al.

CASE NUMBER  1:07CV00458

JUDGE: John D. Bates

DECK TYPE: General Civil

DATE STAMP: 03/09/2007

TO: (Name and address of Defendant)

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vivek K. Hatti
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAR 0 9 2007
CLERK                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  March 12, 2007 |
| NAME OF SERVER *(PRINT)*  Vivek K. Hatti | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    Ⓖ  Other (specify):  By U.S. Certified Mail, as authorized by FRCP 4(i)(1)(B). Return Receipt received from the U.S. Attorney General attached below

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/19/07
             Date

*Signature of Server*

Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTORNEY GENERAL OF THE
UNITED STATES
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
    MAR 1 2 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered     ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*     ☐ Yes

2. Article Number
(Transfer from service label)  7001-2510-0004-1158-7835

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

(1) As to who may se