AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Lambda Legal Defense &
Education Fund

**SUMMONS IN A CIVIL CASE**

V.

Substance Abuse and Mental
Health Service Administration, et al.

CASE NUMBER  1:07CV00458

JUDGE: John D. Bates

DECK TYPE: General Civil

DATE STAMP: 03/09/2007

TO: (Name and address of Defendant)

Jeffrey A. Taylor
United States Attorney
United States Attorney's Office
    for the District of Columbia
555 4th Street, NW
Washington, DC 20530

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Vivek K. Hatti
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              MAR 0 9 2007
CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE March 14, 2007 |
| NAME OF SERVER (PRINT) Vivek K. Hatti | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __By U.S. Certified Mail, as authorized by FRCP 4(i)(1)(B).__
__Return Receipt received from the United States Attorney's Office for__
__the District of Columbia attached below__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/20/07__  _[signature]_
              Date         Signature of Server

Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
*Address of Server*

(1) As to who may serve

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JEFFREY A TAYLOR
U.S. ATTORNEY
US ATTORNEY'S OFFICE FOR
THE DISTRICT OF COLUMBIA
555 4TH STREET NW
WASHINGTON, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   MAR 14 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)  7001-2510-0004-1158-7828

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540