**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                                   )
LAMBDA LEGAL DEFENSE &             )
EDUCATION FUND                     )
120 Wall Street, Suite 1500        )
New York, NY 10005,                )
                                   )
            Plaintiff,             )
                                   )
     v.                            )  Civil Action No. 07-0458(JDB)
                                   )
SUBSTANCE ABUSE AND                )
MENTAL HEALTH SERVICES             )
ADMINISTRATION,                    )
1 Choke Cherry Road                )
Rockville, MD 20857                )
                                   )
and                                )
                                   )
U.S. DEPARTMENT OF HEALTH          )
AND HUMAN SERVICES,                )
200 Independence Avenue, S.W.      )
Washington, D.C. 20201             )
                                   )
            Defendants.            )
                                   )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

            Respectfully submitted,

            _____
            DIANE M. SULLIVAN, D.C. Bar #12765
            Assistant United States Attorney
            555 Fourth Street, N.W.
            Room E4919
            Washington, D.C.  20530
            (202)514-7205