IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAMBDA LEGAL DEFENSE & EDUCATION FUND,<br><br>    Plaintiff,<br><br>    v.<br><br>SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 07-0458(JDB)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

The defendants, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, move the Court for an enlargement of time to answer or otherwise respond to the complaint up to and including June 4, 2007.

The defendants intend to file a dispositive motion with a Vaughn Declaration. Counsel anticipates that a Vaughn Declaration will be completed by mid-May. Counsel for the defendants begins a trial on May 16, 2007 and will not be able to prepare a dispositive motion until after the trial.

Counsel for the parties have conferred. Plaintiff's counsel has graciously consented to this request. The parties hope to significantly narrow the issues before the defendants file the motion.

Wherefore, it is respectfully requested that the defendants have up to and including June 4, 2007 to answer or otherwise respond to the complaint.

>Respectfully submitted,
>
>__/s/_____
>JEFFREY A. TAYLOR, D.C. BAR # 498610
>United States Attorney
>
>__/s/_____
>RUDOLPH CONTRERAS, D.C. BAR # 434122
>Assistant United States Attorney
>
>__/s/_____
>DIANE M. SULLIVAN, D. C. BAR # 12765
>Assistant United States Attorney
>Judiciary Center Building
>555 Fourth Street, N.W.
>Room E4919
>Washington, D.C. 20530
>(202) 514-7205