IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAMBDA LEGAL DEFENSE & EDUCATION FUND,<br><br>        Plaintiff,<br><br>  v.<br><br>SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION, et al.<br><br>        Defendants. | Civil Action No. 07-0458(JDB) |

## MOTION FOR AN ENLARGEMENT OF TIME

    The defendants, pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, move the Court for an enlargement of time to file a dispositive motion up to and including June 14, 2007.

    The defendants' dispositive motion was due June 4, 2007. However, counsel for the defendants inadvertently calendared the due date for June 14, 2007. Counsel for the defendants just learned of this error this afternoon. Counsel has prepared a draft motion and has reviewed the declaration and Vaughn index. Counsel has already forwarded the draft motion to the agency for review. The Freedom of Information Officer, who prepared a draft declaration, is out of the office this week and will not be able to finalize the declaration until next week. Believing that the due date was June 14, 2007, counsel for the defendants did not

make arrangements to have the FOIA Officer execute the declaration before her departure.

Counsel attempted to contact plaintiff's counsel. However, he is out of the country until Monday, June 11, 2007. Counsel left a message with his office. Counsel for the defendants apologizes for any inconvenience this may have caused the Court or opposing counsel.

Wherefore, it is respectfully requested that the defendants have up to and including June 14, 2007 to file a dispositive motion.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205