IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAMBDA LEGAL DEFENSE & EDUCATION FUND )<br>)<br>)<br>Plaintiff,                )<br>)<br>v.                                        )<br>)<br>SUBSTANCE ABUSE AND MENTAL )<br>HEALTH SERVICES ADMINISTRATION, )<br>Et al.                                   )<br>Defendants.        ) | CASE NO.:  1:07-CV-458<br><br>JUDGE JOHN D. BATES |

**MOTION FOR AN ENLARGEMENT OF TIME**

     Plaintiff Lambda Legal Defense & Education Fund, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, respectfully moves the Court for an enlargement of time to and including July 20, 2007, to file its response to the Defendants' June 14, 2007 motion for summary judgment.

     Presently, the deadline for filing a response to the Defendants' motion for summary judgment is today, June 28, 2007.  Plaintiff has not previously sought an extension of time to respond to this motion.

     Because of other deadlines, court appearances, and memoranda due in other pending cases, Plaintiff's counsel has been unable to prepare a response to the pending motion for summary judgment within existing time constraints.

     Plaintiff's counsel attempted to obtain Defendants' counsel's consent to this motion, and left telephone voicemails and also sent an e-mail in order to do so.  However, Plaintiff's counsel was not able to get a response from Defendants' counsel.

Accordingly, Plaintiff respectfully requests the Court to grant an enlargement of time to and including July 20, 2007, to file its response to the Defendants' June 14, 2007 motion for summary judgment.

June 28, 2007                                  Respectfully submitted,

/s/ Vivek K. Hatti
Vivek K. Hatti (DC Bar No. 476002)
Donald R. McMinn (DC Bar No. 462894)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tel. 202-898-5800
Fax 202-682-1639
VHatti@spriggs.com
DMcMinn@spriggs.com

*Counsel Pro Bono Publico for Lambda Legal Defense & Education Fund*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 28th day of June 2007, a copy of Plaintiff's "Motion for Enlargement of Time" was filed electronically via the Court's ECF system. This document will be served upon, and be accessible by, all counsel of record who have enrolled in this system pursuant to the Court's Order.

                                         /s/ Vivek K. Hatti
                                         *Counsel Pro Bono Publico for Lambda*
                                         *Legal Defense & Education Fund*