IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAMBDA LEGAL DEFENSE & EDUCATION FUND | ) ) ) | CASE NO.: 1:07-CV-458 |
| | ) | JUDGE JOHN D. BATES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SUBSTANCE ABUSE AND MENTAL HEALTH SERVICES ADMINISTRATION, Et al. | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Lambda Legal Defense & Education Fund and, Defendants Substance Abuse and Mental Health Services Administration and the U.S. Department of Health and Human Services, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby jointly move for the dismissal without prejudice of this case and all claims against Defendants, with the parties to bear their own costs.

June 29, 2007         Respectfully submitted,

 /s/ Vivek K. Hatti
Vivek K. Hatti (DC Bar No. 476002)
Donald R. McMinn (DC Bar No. 462894)
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, D.C. 20005
Tel. 202-898-5800
Fax 202-682-1639
VHatti@spriggs.com
DMcMinn@spriggs.com

*Counsel Pro Bono Publico for Lambda Legal Defense & Education Fund*

 /s/ Jeffrey A. Taylor
Jeffrey A. Taylor (DC Bar No. 498610)
United States Attorney

 /s/ Rudolph Contreras
Rudolph Contreras (DC Bar No. 434122)
Assistant United States Attorney

 /s/ Diane M. Sullivan
Diane M. Sullivan (DC Bar No. 12765)
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, DC 20530
Tel. (202) 514-7205

*Counsel for Defendants*